UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACK PRESSEY,

          Plaintiff,

-vs-                                       Case No. 5:07-cv-492-Oc-10GRJ

PACIFIC ARCHES CORPORATION, a
foreign for profit corporation authorized to
conduct business in the State of Florida,

          Defendant.
_____

**O R D E R**

The Defendant has recently filed a Renewed Motion for Sanctions and Motion for Entry of Final Default Judgment on the Counter-Claim Awarding Damages and Attorney's Fees (Doc. 23). The motion, which will resolve all remaining claims in this case, will not become ripe until after the date of the previously scheduled final pretrial conference. Accordingly, in the interests of judicial economy, the pretrial conference scheduled for Wednesday, February 18, 2009 is hereby CANCELLED, and this case is removed from the trial calendar for the term commencing March 2, 2009. In the event the Court's resolution of the Defendant's motion does not dispose of all claims, the Clerk shall reschedule this case for pretrial conference and trial by separate Notice.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of February, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Maurya A. McSheehy